AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:21-mj-00180 |
| | ) | Assigned to: Judge Faruqui, Zia M |
| Joshua Calvin Hughes, (DOB: XXXXXXXXX) | ) | Assign Date: 1/28/2021 |
| Jerod Wade Hughes, (DOB: XXXXXXXX) | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding | |
| 18 U.S.C. § 231(a)(3) - Obstruct/Impede/Interfere with Law Enforcement during a Civil Disorder 18 | |
| 18 U.S.C. § 1752(a)(1) - Knowingly Enter or Remain in Restricted Building Without Authorization; | |
| 18 U.S.C. § 1752(a)(2) - Knowingly Disrupt Government Business or Official Function; | |
| 40 U.S.C. § 5104(e)(2)(A) - Enter or Remain in Capitol Building Without Authorization; | |
| 40 U.S.C. § 5104(e)(2)(C) - Enter Capitol Building with the Intent to Disrupt Official Business; | |
| 40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in a Capitol Building | |
| 18 U.S.C. § 1361 - Destruction of Property | |
| 18 U.S.C. § 2 - Aiding and Abetting | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Alejandro M. Flores, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___01/28/2021___

*Judge's signature*

City and state: _____Washington, D.C._____      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*