# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Jerod Hughes<br><br>Defendant. | Criminal No. 21-106 (TJK) |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

Defendant moves this court to continue the status in this case set for June 8, 2021, to enable the parties to pursue further investigation and iscovery. Although some discovery has been provided the prosecution has made clear there is still much more discovery that will be produced. If the status goes forward it is clear the defendant will only be asking that another status date be set so that the discovery is produced and reviewed. Defendant seeks to continue the status in the instant case for approximately 60 days. The prosecution via AUSA Hava Mirell and co-defendant counsel Palmer Hoovestal have stated they do not oppose this request. Defendant has

been advised of and agrees to waive Speedy Trial rights between now and the continued status date.

**WHEREFORE,** defendant requests that the Court continue the status for approximately 60 days.

Respectfully submitted,

_____/s/_____

Jonathan Zucker # 384629

37 Florida Av. NE

Suite 200

Washington, DC  20002

(202) 624-0784

jonathanzuckerlaw@gmail.com

Counsel for Matthew Sharp

## CERTIFICATE OF SERVICE

I certify that on June 7, 2021,  I  caused a copy of the foregoing Motion  to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

Courtesy copies were sent by email to the assigned AUSAs.

____/s/_____

Jonathan Zucker