NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number  21-CR-00106

Joshua Calvin Hughes
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Palmer Hoovestal (Bar No. Pending)
*(Attorney & Bar ID Number)*
Hoovestal Law Firm
*(Firm Name)*
608 Lincoln Rd. West
*(Street Address)*
Helena, MT 59602
*(City)     (State)     (Zip)*
406-457-0970
*(Telephone Number)*