# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-106 (TJK) |
| v. | : | |
| | : | |
| JOSHUA CALVIN HUGHES, and | : | |
| JEROD WADE HUGHES, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING DISCOVERY MEMORANDA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files three memoranda related to the status of the government's ongoing discovery efforts in Capitol Riot cases. The memoranda document the status of discovery across all Capitol Riot cases as of July 12, 2021, August 23, 2021, and September 14, 2021. All three memoranda, plus an exhibit to the July memorandum, are attached to this notice and filed via the Court's electronic case files system (ECF) on counsel for the defendants.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        Acting United States Attorney
                                        D.C. Bar No. 415793

By:    /s/ *Hava Arin Levenson Mirell*
          HAVA ARIN LEVENSON MIRELL
          Assistant United States Attorney
          CA Bar No. 311098
          United States Attorney's Office, Detailee
          555 Fourth Street, N.W.
          Washington, DC 20530
          Phone: (213) 894-0717
          E-mail: Hava.Mirell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2021, I served a copy of this pleading on the parties to this matter as indicated in ECF.

/s/ *Hava Arin Levenson Mirell*
HAVA ARIN LEVENSON MIRELL
Assistant United States Attorney
Detailee